## THE STATE OF GEORGIA *v.* ÆTNA CASUALTY AND SURETY COMPANY.

BELL, Justice. It appearing from a statement signed by counsel for both the parties, and filed with the record, that this case has been settled and has thus become moot, while pending in this court, it is ordered that the writ of error be          *Dismissed. All the Justices concur.*

No. 11709.   JUNE 18, 1937.

*M. J. Yeomans, attorney-general, B. D. Murphy,* and *O. H. Dukes,* for plaintiff.

*Harold Hirsch* and *Marion Smith,* for defendant.